IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

WELL CELL GLOBAL, LLC and            §
WELL CELL SUPPORT, LLC,              §
                                     §
Plaintiffs,                          §      Case No. 4:26-cv-02099
                                     §      (Jury Demanded)
                                     §
v.                                   §
INFUTRONIX, LLC, INTUVIE LLC,        §
and INTUVIE HOLDINGS, LLC,           §
                                     §
Defendants.                          §

## PLAINTIFFS' MOTION TO REMAND WITH JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Well Cell Global, LLC and Well Cell Support, LLC (collectively, "Plaintiffs") file this Motion to Remand the above-captioned action to the District Court of Harris County, Texas, 215th Judicial District, Cause No. 2026-07577, pursuant to 28 U.S.C. § 1447(c), because the Court lacks subject-matter jurisdiction due to the absence of complete diversity of citizenship under 28 U.S.C. § 1332(a).

### I. BACKGROUND

1. Plaintiffs filed their Original Petition in Texas state court on February 4, 2026, asserting state-law claims for breach of contract and breach of implied

warranty. Defendants removed the action to this Court on March 16, 2026, invoking diversity jurisdiction under § 1332(a). (Notice of Removal, Doc. 1.)

2. In their Notice of Removal, Defendants allege:

> Both Plaintiffs are Texas LLCs whose managing member, Scott Hepford, is a Texas citizen.
> Defendants are Delaware LLCs whose members trace to Five L Capital Inc., a Delaware corporation with principal place of business in Massachusetts.

3. Defendants conclude complete diversity exists because Plaintiffs are Texas citizens and Defendants are citizens of Delaware and Massachusetts. This is factually incorrect. Plaintiff Well Cell Support, LLC has multiple members, including N-Compass Capital, LLC. N-Compass Capital, LLC's managing member is Jeffrey Gervais, a Massachusetts resident. As a result, Well Cell Support, LLC is a citizen of Massachusetts (among other states). This destroys complete diversity, as at least one Defendant (through its members) is also a Massachusetts citizen through its upstream member.

## II. LEGAL STANDARD

4. Federal courts have original jurisdiction over civil actions where the matter in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332(a)(1). Complete diversity is required—no plaintiff may share citizenship with any defendant. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

5. The citizenship of an LLC is determined by the citizenship of **all** its members, traced through as many levels as necessary. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-97 (1990) (holding citizenship of unincorporated entities depends on all members/partners); *Mullins v. TestAmerica, Inc.*, 564 F.3d 386, 397-98 (5th Cir. 2009) (LLC citizenship requires tracing citizenship of each member); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (per curiam) (same, emphasizing need to allege citizenship of each LLC member precisely).

6. The removing party bears the burden of establishing federal jurisdiction by a preponderance of the evidence, and removal statutes are strictly construed against removal. *See Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002).

### III. ARGUMENT

Defendants have not met their burden to establish complete diversity. While Plaintiffs do not dispute the citizenship allegations as to Defendants or the upstream tracing for Plaintiffs' managing member, Defendants ignore the full membership of Well Cell Support, LLC.

7. Well Cell Support, LLC is a Texas LLC with multiple members. One member is N-Compass Capital, LLC, a Delaware LLC. N-Compass Capital, LLC's

managing member is Jeffrey Gervais, who is a resident and citizen of Massachusetts.

8. Because Well Cell Support, LLC has a member (N-Compass Capital, LLC) whose incorporation is Delaware and its managing member is a Massachusetts citizen, Well Cell Support, LLC is a citizen of both Massachusetts and Delaware. *See Carden*, 494 U.S. at 195-97; *Mullins*, 564 F.3d at 397-98. Defendants include upstream entities with Massachusetts citizenship (e.g., Intuvie Holdings, LLC's sole member is Five L Capital Inc., with principal place of business in Massachusetts). Thus, at least one Plaintiff and one Defendant share Massachusetts citizenship, destroying complete diversity.

9. The Court must remand for lack of subject-matter jurisdiction. 28 U.S.C. § 1447(c).

10. Plaintiffs demand a trial by jury.

## IV. CONCLUSION AND PRAYER

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion, remand the action to the 215th Judicial District Court of Harris County, Texas, and award any other relief to which Plaintiffs may be entitled.

> Respectfully submitted,
> /S/James D. Pierce
> James D. Pierce
> Texas Bar No. 15994500
> 115 Guenther St.
> Sugar Land, TX 77478
> jim@jamespierce.com
> Attorney for Plaintiffs

## **CERTIFICATE OF CONFERENCE**

I certify that on March 18, 2026, I emailed counsel for Defendants concerning this motion to remand advising of the citizenship of members and identifying N-Compass Capital LLC as one of the members of Well Cell Support, LLC. On March 18, Counsel for Defendants acknowledged receipt and stated she would let me know their position. No further response was made.

> /S/ James D. Pierce

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on all counsel of record through the Court's ECF filing system.  There are no pro se parties or parties entitled to notice by mail

/S/ James D. Pierce

## <u>DECLARATION OF JEFFREY GERVAIS</u>

I, Jeffrey Gervais, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age, of sound mind, and competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am the managing member of N-Compass Capital LLC, a limited liability company organized under the laws of the State of Delaware.

3. N-Compass Capital LLC is a Delaware Limited Liability Company and a member of Well Cell Support LLC.  I am the managing member of N-Compass Capital LLC.,

4. My principal residence and domicile is 11 Colicum Dr., Charlton, MA 01507. I am a citizen of the Commonwealth of Massachusetts.

5. Attached as Exhibit "A" is a certificate of standing with the State of Delaware for N-Compass Capital LLC.

6. I execute this declaration for use in support of Plaintiffs' Motion to Remand in Case No. 4:26-cv-02099 in the United States District Court for the Southern District of Texas.

Executed on __3/23/____ 2026, in Charlton, Massachusetts.

*Jeffrey Gervais*
_____
Jeffrey Gervais

# *State Of Delaware*

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS****

Date Retrieved:  3/23/2026  7:08:28PM

File Number:  2650358

Incorporation Date / Formation Date:  11/20/2023

Entity Name:  N-COMPASS CAPITAL, LLC

Entity Kind:  Limited Liability Company

Entity Type:  General

Residency:  Domestic

State:  DELAWARE

Status:  Good Standing

Status as of:  6/28/2024

**Registered Agent Information**

Name:  A REGISTERED AGENT, INC.

Address:  8 THE GREEN, STE A

City:  DOVER

Country:

State:  DE

Postal Code:  19901

Phone:  302-288-0670

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS****