**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WELL CELL GLOBAL, LLC and WELL CELL SUPPORT, LLC, | § § § | |
| Plaintiffs, | § § § | Case No. 4:26-cv-02099 (Jury Demanded) |
| v. INFUTRONIX, LLC, INTUVIE LLC, and INTUVIE HOLDINGS, LLC, | § § § § § | |
| Defendants. | § § | |

**AMENDED CERTIFICATE OF CONFERENCE**
**CONCERNING MOTION TO REMAND**
**(NOW UNOPPOSED)**

This is to certify that counsel for the Defendants are now unopposed to the

Motion to remand.

Respectfully submitted,

 /s/ JAMES D. PIERCE_____
James D. Pierce
Texas Bar No. 15994500
jim@jamespierce.com
jim@jamesdpierce.onmicrosoft.com
115 Guenther Sr.
Sugar Land, TX 77478
713-419-3775 (Direct)

## **CERTIFICATE OF SERVICE**

I certify that this document was electronically severed on all counsel of record through the Court's ECF system this 25th day of March 2026.

/s/_____James D. Pierce_____